IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD HADLEY,

        Plaintiff,                  No. CIV S-10-3199 KJM P

    vs.

USA,

        Defendant.             ORDER

                                    /

        Plaintiff has filed an action for violation of civil rights action pursuant to 42 U.S.C. § 1983.  The claims presented by plaintiff in his complaint arose in San Bernardino County, which lies within the jurisdiction of the United States District Court for the Central District of California.  Since any witnesses and documents relative to plaintiff's claims are located within the jurisdiction of the Central District, the court will order this case transferred there pursuant to 28 U.S.C. § 1404.

/////

/////

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2 United States District Court for the Central District of California.
3 DATED: December 6, 2010.

                                                U.S. MAGISTRATE JUDGE

1/mp
hadl3199.21